UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| ANTOINE WINN, | ) | CASE NO. 1:12 CV 1369 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM OF OPINION |
| REHAB INVESTMENTS, L.L.C. | ) | AND ORDER |
| | ) | |
| Defendant. | ) | |

*Pro se* Plaintiff Antoine Winn filed this tort action against Rehab Investments, L.L.C.  In the Complaint, Plaintiff alleges he was injured at a rental property in Cleveland, Ohio owned by the Defendant, and indicates that federal court jurisdiction is premised diversity of citizenship.  He seeks monetary damages in the amount of $250,000.00.

Plaintiff does not provide an address for the Defendant.  The U.S. Marshal Form and Summons which Plaintiff provided do not contain an address at which the Defendant may be served. He simply indicates he believes the company is in Pennsylvania.  He asks that the Court subpoena the Defendant and ask the Defendant to provide an address.  Unfortunately, to issue a subpoena, the Court would need an address to which it could send the documents.  The Clerk's Office cannot forward this matter to the U.S. Marshal for service.

Accordingly, Plaintiff is ordered to provide completed U.S. Marshal forms and summonses,

with an address for service for the Defendant and any other party requiring service of process of the complaint pursuant to FED. R. CIV P. 4 within thirty (30) days of this Order.  Plaintiff is further ordered to send a "Notice of Compliance," with an appropriate case caption for filing, with the completed forms.  The Clerk's Office is directed to mail sufficient Marshal Forms and Summonses to Plaintiff with a copy of this order.

IT IS SO ORDERED.


 */s/Dan Aaron Polster 10/19/12* 
DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE